**AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Timothy Taber, having been sworn, state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018. I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking. In these capacities, I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, arrests, and the debriefing of defendants, informants, and witnesses. I graduated from Northeastern University in 2005 with a bachelor's degree in criminal justice, and from Suffolk University in 2006 with a master's degree in criminal justice.

2. I am currently assigned to the HSI New England Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity. Due to my training and experience, as well as conversations with other law enforcement officers, I am

familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3. The HSI New England DBFTF is currently investigating individuals who are believed to have obtained stolen identities of U.S. citizens (most of whom reside in Puerto Rico) and used those identities to obtain public benefits that they would not otherwise be eligible to receive, including Social Security Numbers ("SSN") and benefits under the Supplemental Nutrition Assistance Program ("SNAP"), among others.

4. I submit this affidavit in support of an application for a criminal complaint charging Juana Milagros Peña Peña, a/ka/ Juana Milagros Peña Medina, (YOB 1989) ("PENA") with violations of 18 U.S.C. § 641 (Theft of Government Funds), 18 U.S.C. § 1028A (Aggravated Identity Theft), and 7 U.S.C. § 2024(b) (Illegal Acquisition or Use of SNAP Benefits).

5. As set forth in more detail below, I submit that there is probable cause to believe that PENA unlawfully used the name, date of birth, and SSN of a real person ("Victim 1") while knowing that these identifiers belonged to a real person. Among the evidence that PENA knew that this identity was that of a real person is her successful and repeated use of the identity to obtain official government identification documents and SNAP benefits.

6. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers, federal agents, and employees of the state and federal agencies referenced herein, and my review of records generated or collected during this investigation, as described herein. This affidavit is not intended to set forth all the information that I have learned during this investigation but includes only the information I believe is sufficient to establish probable cause for the requested criminal complaint. Where statements of others are summarized in this affidavit, they are set forth in substance and in part.

## PROBABLE CAUSE

**Background Information on SNAP & Discovery of Scheme**

7. SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

8. The U.S. Department of Agriculture ("USDA") administers SNAP nationally and issues federal SNAP benefits through the states under federal-state agreements. USDA pays for SNAP benefits entirely and at least half the states' SNAP administrative costs.

9. Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are "obligations of the United States," *see* 7 U.S.C. § 2024(d), and are redeemable at face value by the USDA Secretary through the facilities of the Treasury of the United States, *see* 7 U.S.C. §§ 2013(a)(1), 2019.

10. In Massachusetts, individuals or families in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("MA-DTA"). To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a U.S. citizen or an eligible non-citizen. An applicant for SNAP benefits must also provide proof of their identity, i.e., they must be the person who they claim to be. An applicant must also provide a SSN or proof that they have applied for one.

11. Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits,

the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device that reads coded information on the card's magnetic strip. The purchase amount is deducted from the EBT card's balance and deposited into the retailer's account.

12. An applicant for SNAP benefits must provide complete and accurate information, both at the time of application and on an ongoing basis, for MA-DTA to properly assess initial and continued eligibility for benefits. All applicants must acknowledge this in the application and provisional information sheets submitted to MA-DTA thereafter. It is unlawful for a person to receive SNAP benefits in more than one state in any one month. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued thereunder by the USDA.

13. I further understand that the relevant statutes provide for disqualification of individuals who engage in fraudulent conduct. *See* 7 U.S.C. § 2015(b)(1) (making ineligible "[a]ny person who has … made a false or misleading statement, or misrepresented, concealed or withheld facts … or committed any act that constitutes a violation of this chapter, the regulations issued thereunder, or any State statute, for the purpose of using, presenting, transferring, acquiring, receiving, or possessing program benefits"). Federal regulations similarly prohibit fraudulent conduct, such as intentionally making a false or misleading statement or a fraudulent representation with respect to one's identity to receive multiple SNAP benefits simultaneously. *See* 7 C.F.R. § 273.16.

14. In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and SSNs) receiving SNAP benefits in multiple states in the months of December 2024 and March 2023. Based on my training and experience, an identity receiving SNAP benefits in more than one state simultaneously is an indicator of identity theft.

15. According to that analysis, in December 2024, MA-DTA issued SNAP benefits to at least 495 identities in Massachusetts who were simultaneously receiving SNAP benefits in Puerto Rico. This included an individual purporting to be Victim 1, who I believe was in fact PENA based on the facts and images herein.

**PENA's True Identity**

16. I have reviewed identification records pertaining to PENA issued and maintained by the Dominican Republic government ("DR"), including a photo of PENA's passport and records from the DR Cedula database. According to those records, PENA is a national and citizen of the DR with a date of birth xx-xx-1989 and a Cedula bearing number xxx-xxxx687-3.

17. A review of federal records has confirmed that PENA has not been lawfully admitted into the United States in her real name and has had no lawful status such that she would be eligible for SNAP benefits.

18. The Cedula records include fingerprint impressions and photos of PENA, the most recent of which, reflected below in **Image 1**, appears to have been taken at the DR consulate office in Boston during a Cedula renewal in 2023. Historical photographs of PENA included in the Cedula records are reflected below in **Image 2**.



***Image 1***
*Juana Milagros Peña Medina (PENA)*
*DR Cedula Identification Photo, Nov. 5, 2023*



***Image 2***
*Juana Milagros Peña Medina*
*Historical DR Cedula Identification Photos (Unknown Dates)*

19. According to the Cedula records, PENA's phone number identified at the time of her 2023 renewal was listed as xxx-xxx-0080 ("PENA's Phone Number").

20. I have reviewed records obtained from MA-DTA showing that, on or around September 28, 2021, PENA applied to MA-DTA for SNAP benefits under her true name for her and her minor child, who is a natural born U.S. citizen. On the application, she identified her date of birth reflected in her Cedula records, acknowledged that she was not a U.S. citizen, and provided her immigration status as "undetermined." She also provided PENA's Phone Number and a residential address on Woodford Street in Dorchester, MA (the "Woodford Street Address").

21. During this investigation, I consulted with a representative from the Massachusetts Auditor's Office, which is a state entity responsible for oversight of MA-DTA. That representative informed me that, according to their records, PENA was found ineligible to receive SNAP benefits because she is not a U.S. citizen or eligible noncitizen.

**<u>Use of the Victim 1 Identity at the MA-RMV</u>**

22. On or about March 22, 2016, an individual presented at the Massachusetts Registry of Motor Vehicles ("MA-RMV") purporting to be Victim 1 and obtained a Massachusetts ID #Sxxxx4422 ("Mass ID Card"), after submitting a written application providing Victim 1's

identifying information, i.e., her name, a date of birth of xx-xx-1985, and SSN of xxx-xx[redacted].[1] A photograph of the individual was taken on the same day as part of the application process, which is reflected below in **Image 3**. This Mass ID Card was valid until August 2020.[2]



***Image 3***
*Mass ID Card under Victim 1's Name*
*March 22, 2016*

23. The application records associated with this Mass ID Card also contain a scanned copy of a Puerto Rico birth certificate in Victim 1's name, with a date of birth of xx-xx-1985; and a scanned copy of a SSN card in Victim 1's name, with the number xxx-xx[redacted].

**<u>Identification of Victim 1</u>**

24. I have obtained various identification records associated with Victim 1 maintained by the Puerto Rico and the U.S. governments. This includes records from the Puerto Rico Driver and Vehicle Information Database ("DAVID"), which issued a driver's license to Victim 1 in July 2017, and the U.S. Department of State, which issued her a U.S. passport in 2018. These records indicate that Victim 1 has the date of birth xx-xx-1985 and SSN xxx-xx-[redacted] (the same date of birth and SSN used by the individual who obtained the Massachusetts IDs noted above, and the SNAP benefits noted below). These records also contain photographs of a woman whom I believe

---

[1] Victim 1's SSN and DOB have been partially redacted herein. The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.

[2] According to the historical credential information, this person was also issued a Mass ID card on or about March 17, 2020, which was cancelled in June 2020. Corresponding application records for that transaction were not provided to federal authorities.

to be the real Victim 1. Her photo from Puerto Rico's DAVID is reflected in **Image 4** below:

[redacted]

***Image 4***
*Victim 1 PR DAVID, July 12, 2017*

25. I submit that the women shown in **Images 3** and **4** appear to be two different people, and that the woman shown in **Image 3** appears to be PENA, based on comparison to **Images 1-2.**

26. The U.S. Social Security Administration, Office of Inspector General ("SSA OIG") has confirmed that SSN xxx-xx[redacted] is assigned to Victim 1.

27. In July 2026, SSA OIG interviewed Victim 1 by telephone at a number with a Puerto Rico area code. Victim 1 confirmed that her date of birth was xx-xx-1985, stated that she has been the victim of identity theft since as early as 2011, and stated that she believes her birth certificate and SSN card may have been stolen from her mailbox more than 10 years ago. She further stated that she has never traveled to Massachusetts and has never applied for any government benefits in Massachusetts, including food stamps or a driver's license. Victim 1 reported that the identity theft has negatively affected her credit and that she is required to use a special PIN when filing her taxes. At the conclusion of the interview, SSA OIG contacted Victim 1 via video call to confirm her identity. The individual who appeared on the video call appeared to be the person depicted in the Puerto Rico DAVID depicted in **Image 4**. Victim 1 was also shown the photograph reflected in **Image 3** and denied knowing that person.

**<u>PENA's Theft of SNAP Benefits Using Victim 1's Identity</u>**

28. During this investigation, MA-DTA provided certain records associated with SNAP

benefits it paid to a person purporting to be Victim 1 from around July 2021 through April 2025. Unless otherwise noted, the following is based on my review of those records:

29. On or about July 1, 2021, a person purporting to be Victim 1 applied for SNAP benefits in Massachusetts via MA-DTA's online portal ("DTA Connect"), identifying their date of birth as xx-xx-1985 and SSN as xxx-xx[redacted]. The contact information provided was PENA's Phone Number, the Woodford Street Address, and an email address ("Gmail Address A"). According to records associated with Gmail Address A produced by Google, this account was created in 2019 under the name "Juana Pena," and lists PENA's Phone Number as the recovery SMS number for the account.

30. This application was electronically signed with Victim 1's name. The signature was preceded by an attestation that the information provided was true and complete and an acknowledgment that intentionally providing false information could be punished criminally.

31. MA-DTA approved this application and began paying the applicant SNAP benefits days later, via an EBT card, which continued about every month through August 2022.[3]

32. On or about June 28, 2023, a person purporting to be Victim 1 applied again for SNAP benefits in Massachusetts via DTA Connect, identifying the same date of birth and SSN as mentioned in ¶ 29. For contact information, the applicant again provided PENA's Phone Number and another email address (Gmail Address B) that is also associated with PENA.[4] Again, the

---

[3] The DTA records also contain an earlier application, from May 2021, by a person using Victim 1's date of birth and SSN, but which misspelled Victim 1's last name (i.e., by omitting one of two hyphenated names). This person also provided PENA's Phone Number and the Woodford Street Address as their contact information, but a different email address ("Gmail Address B"). It does not appear that MA-DTA approved this earlier application.

[4] Records associated with Gmail Address B produced by Google identify PENA's Phone Number and Gmail Address A as recovery methods for the account. They also identify "Juana Pena" as a customer associated with the account's "Google Pay" account.

application was electronically signed following the same attestations and acknowledgments referenced in ¶ 30.

33. MA-DTA approved this application and began paying this person SNAP benefits days later, via an EBT card ending -0082, which continued about every month through April 2025. Transaction logs associated with this EBT card, which were produced by the USDA Office of Inspector General ("USDA-OIG"), further show that the card was used at various merchants in Massachusetts through April 15, 2025.

34. During the period between these two SNAP applications in July 2021 and June 2023, and from around October 2023 through April 2025, the individual purporting to be Victim 1 submitted multiple recertifications and provisional information sheets to MA-DTA claiming to be Victim 1, using Victim 1's name, date of birth, and/or SSN.

35. According to these MA-DTA records, between approximately July 2, 2021, and April 8, 2025, the person purporting to be Victim 1 – who I believe was in fact PENA, based on the information herein – received approximately $11,049 in SNAP benefits from MA-DTA. Of that amount, she received approximately $9,568 between November 1, 2021, and April 8, 2025.

**PENA's Use of EBT Card Ending -0082 Under Victim 1's Identity**

36. According to USDA transaction logs associated with EBT card ending -0082, this card was used to make an online purchase from Target on or around March 14, 2025. Based on records produced by Target, this EBT card was linked to and logged into a "Target Circle" rewards account[5] under Victim 1's name (the "Target Circle Account") at the time of that transaction. According to Target records, the Target Circle Account's profile identifies contact information

---

[5] "Target Circle" is Target's free loyalty account program. A user can create an account with Target using their name, email, and phone number, and the account is assigned a "Guest Profile ID." At checkout, you enter your phone number, scan the Target app barcode, or sign in online so purchases are linked to the account, which then stores purchase history.

including Gmail Address A, PENA's Phone Number, and a default shipping address of "Juana Pena" at the Woodford Street Address.

37. Target further provided video surveillance of the customer that completed a transaction using the Target Circle Account in Dorchester, MA, on July 24, 2026. *See* **Image 5**:



***Image 5***
*User of the Target Circle Account, July 24, 2026*

38. Based on the account profile information above linking PENA to the Target Circle Account and comparison of the images depicted in **Image 5** to those known photographs of PENA depicted in **Images 1-2**, I believe PENA was the user of EBT card ending -0082.

**CONCLUSION**

39. Based on the foregoing, I submit there is probable cause to believe that, in the District of Massachusetts and elsewhere:

a. from on or about November 1, 2021, through on or about April 8, 2025, PENA, posing as Victim 1, did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to her use and the use of another, any record, voucher, money, and thing of value of the United States and of any department or agency thereof, in a total amount greater than $1,000, namely SNAP benefits having a value of approximately $9,568, in violation of 18 U.S.C. § 641;

b. on or about June 28, 2023, PENA, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, namely Victim 1,

during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, theft of government funds (18 U.S.C. § 641), in violation of 18 U.S.C. § 1028A; and

c. from on or about November 1, 2021, through on or about April 8, 2025, PENA, posing as Victim 1, did knowingly use, transfer, acquire, and possess benefits having a value of $5,000 or more in a manner not authorized by Title 7, United States Code, Chapter 51 and the regulations issued pursuant to Chapter 51, namely approximately $9,568 worth of SNAP benefits from MA-DTA, by falsely claiming to be Victim 1, in violation of 7 U.S.C. § 2024(b).

Sworn to under the pains and penalties of perjury,

*Timothy Taber (JDH)*
Special Agent Timothy Taber
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1 ___16___ day of October 2026.

HON. JESSICA D. HEDGES
UNITED STATES MAGISTRATE JUDGE